UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| KIMBERLY SHACREW | COURT FILE NO.: 08-0163-GLL |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| NCB MANAGEMENT SERVICES, INC. | |
| Defendant. | |
| | JURY TRIAL DEMANDED |

**IT IS HEREBY STIPULATED AND AGREED to** by and between counsel for all parties hereto that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

Dated: July 30, 2008                Respectfully Submitted

By: **s/Jeffrey L. Suher**
Jeffrey L. Suher, Esquire
4328 Old William Penn Highway, Suite 2J
Monroeville PA 15146
412-374-9005
lawfirm@jeffcanhelp.com
Counsel for Plaintiff

Dated: July 30, 2008                Respectfully Submitted

By:   **s/Danielle Vugrinovich**
Danielle Vugrinovich, Esquire
Marshall, Dennehey, Warner Coleman & Gogin
600 Grant Street, Suite 2900
Pittsburgh, PA 15219
412-803-1185
**dmvugrinovich@mdwcg.com**
Counsel for Defendant

SO ORDERED, this 31st day of July, 2008.

_____
Gary L. Lancaster, U.S. District Judge